IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-03110-MEH

CARLOS CUESTA,

    Plaintiff,

v.

KEW REALTY CORP. and WELLS FARGO BANK, N.A.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS CUESTA, and Defendant, WELLS FARGO BANK, N.A., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement as to this Defendant only. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case as to this Defendant only.

Respectfully submitted this February 3, 2022.

| /s/ *Anthony J. Perez* | /s/ *Beth S. Joseph, Esq.* |
|---|---|
| ANTHONY J. PEREZ, ESQ. | BETH S. JOSEPH, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | MORGAN, LEWIS & BOCKIUS LLP |
| 1600 Broadway | 600 Brickell Avenue, Suite 1600 |
| Denver, Colorado 80202 | Miami, FL 33131-3075 |
| Telephone: (305) 553- 3464 | Telephone: (305) 415-3000 |
| Email:  ajperez@lawgmp.com | Email: beth.joseph@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Wells Fargo Bank, N.A..* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 3, 2022.

    Respectfully submitted,

    **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By: /s/ *Anthony J. Perez*
    ANTHONY J. PEREZ