IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03110-MEH

CARLOS CUESTA,

      Plaintiff,

v.

KEW REALTY CORP., and
WELLS FARGO BANK, NA,

      Defendants.

---

**ORDER**

---

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff and Defendant Wells Fargo Bank N.A.'s Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 27. The Clerk of Court shall **terminate** Wells Fargo Bank NA as a party to this civil action.

Dated and entered at Denver, Colorado, this 16th day of March, 2022.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge