IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03110-MEH

CARLOS CUESTA,

    Plaintiff,

v.

KEW REALTY CORP.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, KEW REALTY CORP., hereby advise the Court that the parties have reached an agreement to settle the instant case as to remediation only. The Parties continue discussion as to settlement of Plaintiff's attorney's fees and costs. Respectfully submitted this September 21, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Dori K. Stibolt* |
| ANTHONY J. PEREZ, ESQ. | DORI K. STIBOLT |
| GARCIA-MENOCAL & PEREZ, P.L. | FOX ROTHSCHILD LLP |
| 1600 Broadway | 777 South Flagler Drive Suite 1700 West Tower |
| Denver, Colorado 80202 | West Palm Beach, FL 33401 |
| Telephone: (305) 553- 3464 | Telephone: (561) 835-9600 |
| Email: ajperez@lawgmp.com | Email: dstibolt@foxrothschild.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Kew Realty Corp.* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 21, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: _/s/ Anthony J. Perez_
     ANTHONY J. PEREZ